C.1

Peter J McCloud

v.

Paul Griffith, Lt. Prentice

\*Jury Trial Demanded\*
Complaint for Money Damages

I. "Jurisdiction"

1. Plaintiff brings this lawsuit pursuant to 42 U.S.C § 1983. This Court has Jurisdiction under 28 U.S.C §§ 1331 & 1343.

II. "Venue"

2. The District of Illinois Central District of Illinois, Peoria Div is an appropriate venue under 28 U.S.C § 1321(b)(2) because a substantial part of the events or omissions

p. 2

## III. Parties

3. Plaintiff, "Peter McCloud" was at all times relevant to this action a prisoner incarcerated at the Pontiac Correctional Center which is located in the "Central District of Illinois"

4. Defendant <u>Paul Griffith</u> was at all times relevant to this action a "Correctional Officer" at the Pontiac Correctional Center. And was acting under the color of federal and state law. By the 8th Amendment of the United States Constitution an Inmate shall not be subjected to excessive force. He is being sued in his individual capacity.

5. <u>Lt. Prentice</u> is also a Defendant and was at all times relevant to this action a Lt. at the Pontiac Correctional Center. And was acting under the color of federal and state law. By the 8th Amendment of the United States Constitution an Inmate shall be free from cruel and unusual punishment. She is being sued in her individual capacity.

P.3

## IV. Exhaustion of Administrative Remedies

6. Plaintiff sought to exhaust his Administrative Remedies As Required by the "Prison Litigation Reform Act" 1997(e)(A) by first Notifying Internal Affairs At Pontiac Correctional Center, Which Plaintiff Informed "I.A" I was Assaulted by Defendant Paul Griffith.

7. Second I filed Numerous grievances from August 15, to Sept. 4, 2013 About the Assault And being "stripped-out". (I have Attached the Counselor Response, And the Grievance Officer response.) The Only Grievance that was <u>Semi</u> Answered was the Grievance from the Sept. 4, 2013, by the Counselor. I sent this grievance to the Grievance officer whom sent the grievance back And told me to send the Original "Copy". I Attempted to send the original Copy through The Counselor but she sent it back telling me to send it to the Grievance Officer myself. When I sent the Grievance Officer the Original he Sent me A form back stating "Not Submitted in A timely Manner. I then sent It (e.g. the form to the A.R.B And I Never got An Answer from the Grievance

p.4

Plaintiff Attempted to inform All I could but was not given An Answer. to the 3rd stage. And this was not my doing.

V. "Factual Allegations"

8. On August 12, 2013 Plaintiff was in Pontiac Correctional Center segregation west cell-house

9. On August 12, 2013 While Plaintiff was on the Segregation "yard cages" An Inmate threw urine in my face

10. The Correctional officer in the tower called the west cell-house cage and told the officer he saw an Inmate throw A substance out of A Juice Carton. And both inmates need to be taken off the yard.

11. The west cell-house cage officer Informed C/o Griffith And C/o Michlen that the inmates (E.g. Plaint iff And Inmate Washington were to both be taken off the yard.

12. The C/o's before they cuffed me up they both observed A Juice Carton in the cage of Inmate

f.5

13. The C/o Griffth whom cuffed me up told me "McCloud why the fuck your stupid ass making me work." I should beat both of your asses

14. The C/o Griffth grabbed me out of the cage and pushed me and told me to "walk stupid."

15. As we entered the west cell-house the C/o Griffth made me stop in front of the cage were he was talking to the C/o.

16. C/o Mchlen brought in inmate Washington whom threw the urine in my face and they both were standing in the back of me when Inmate Washington called me a bitch

17. I turned around to address Inmate Washington when the C/o Griffth pushed me up to the cage/gate and punched me in my mouth repeatedly and slammed me face first on the floor on which I had to get "Six-Stitches" in my upper lip and chipped my teeth.

18. I also felt pain in my lower back for several days. Along with pain in my face and lip

P.6

19. When I was taken back to my cell from reporting to Internal Affairs Lt. Prentice made me strip down nake and placed me in cell- west 2-21

20. The cell had no mattress, no water in the sink or toliet, I had no blankets or property.

21. I was made to stay with the lights on in the cell ON All day, and the toliet had my feces in it that the Lt. Prentice refuse to let me Flush for 72 hour.

22. I had tried to tell the Adjustment Committee but they change my words around saying I admitted to kicking an Inmate

23. I tried to write grievance's but I was not given proper response's because the Grievance officer was not willing to answer my grievance.

24. The Assault by the C/O was done out of *spite* because right after the C/O was *laughing* At me saying next time it will be worster.

p.7

25. The strip-out is a common procedure of Pontiac C.C. that these C/O's AND Lt's use to punish AN INMATE.

26. Both Defendants Action were in violation of State and Federal law

27. Defendant's Griffth And Prentice both Acted wantonly, Maliciously and willfully

## V. Causes of Action

## Count 1

**Plaintiff was subjected to Excessive Force in violation of the Eighth Amendment to the Constitution**

28. Plaintiff incorporates paragraph "1" through "18" As though they were stated fully herein

29. Defendant Paul Griffth violated Plaintiff's Eighth Amendment rights to be free from excessive force by punching the Plaintiff in

p.8

## Count I

Plaintiff was subjected to cruel and unusual punishment in violation of the Eighth Amendment to the Constitution

30. Plaintiff incorporates paragraphs 19 through 27 as though they were stated fully herein

31. Defendant Prentice violated my Eighth Amendment rights to be free from cruel and unusual punishment by depriving Plaintiff of sanitary conditions and basic hygiene material and bedding and clothing for a period of (3) days

## VI. Prayer for Relief

Wherefore, Plaintiff respectfully prays that this Court:

A. Declare that the Acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States Constitution.

P.9

B. Order Defendants to pay compensatory and punitive damages in the amount of

$195,000 - Punitive damages
$225,000 - Compensatory damages

Each. Or in the amount this Court deems.

C. Order Defendants to pay reasonable attorney fees and cost.

D. Grant other Just and equitable relief that this Court deems necessary.

"Verification"

Pursuant to 28 U.S.C. § 1746 I declare and verify under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on July 10, 2014

Anthony McCloud
#B1499