## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER MCCLOUD, #R-31479, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-1280 |
| | ) |
| PAUL GRIFFITH and, | ) |
| LT. PRENTICE, | ) |
| | ) |
| Defendants. | ) |

### ANSWER AND AFFIRMATIVE DEFENSES

NOW COME the Defendants, PAUL GRIFFITH and SUSAN PRENTICE, by and through their counsel, LISA MADIGAN, Attorney General for the State of Illinois, and pursuant to Local Rule 12.1, hereby submits their Answer and Affirmative Defenses pursuant to the Court's Merit Review and Case Management Order of December 1, 2014. For their answer and affirmative defenses, Defendants state the following:

1. Defendants deny using excessive force on Plaintiff.

2. Defendants deny violating Plaintiff's 8th Amendment rights with regard to his conditions of confinement/deliberate indifference claim.

### Relief Requested

A. Defendants deny that Plaintiff is entitled to any declaratory judgment.

B. Defendants deny that Plaintiff is entitled to compensatory damages.

C. Defendants deny that Plaintiff is entitled to any relief in this action.

### Jury Demand

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants demand a trial

1

by jury.

**Affirmative Defenses**

1.  **Qualified Immunity** – At all times relevant herein, each Defendant acted in good faith in the performance of his or her official duties and without violating Plaintiff's clearly-established statutory or constitutional rights of which a reasonable person would have known. Consequently, each Defendant is immune from suit in accordance with the doctrine of qualified immunity.

2.  **Prison Litigation Reform Act § 3626** -- The injunctive relief Plaintiff requests would violate § 3626 of the Prison Litigation Reform Act.  18 U.S.C. 3626.

3.  **Exhaustion --** Plaintiff filed this lawsuit concerning prison conditions while in the custody of the Illinois Department of Corrections and failed to properly exhaust administrative remedies prior to filing his suit.  Plaintiff's suit is therefore barred by 42 U.S.C. 1997e(a).

4.  **Heck v. Humphrey** – To the extent that Plaintiff is contradicting his ticket that resulted in the loss of good time credit, these allegations are barred by *Heck v. Humphrey,* 512 U.S. 477 (1994).

WHEREFORE, for the foregoing reasons, the Defendants pray the honorable Court enter judgment in their favor and against Plaintiff and award the costs of this suit, and for all other relief that is just and equitable under the circumstances.

                            Respectfully submitted,

                            PAUL GRIFFITH and SUSAN PRENTICE,

                                Defendants,

                            LISA MADIGAN, Attorney General,
                            State of Illinois

Amber Porter, #6317747               Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706             By: __/s/ Amber M. Porter_____
(217) 782-1841 Phone                    Amber M. Porter, #6317747
(217) 782-8767 Fax                        Assistant Attorney General
Email: aporter@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER MCCLOUD, #R-31479, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-1280 |
| | ) |
| PAUL GRIFFITH and, | ) |
| LT. PRENTICE, | ) |
| | ) |
| Defendants. | ) |

### Certificate of Service

I hereby certify that on February 3, 2015, I electronically filed the foregoing *Answer and Affirmative Defenses* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on February 3, 2015, I have mailed by United States Postal Service the document to the following non-registered participant:

Peter McCloud #R31479
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac  IL  61764

                                                     Respectfully Submitted,
                                                     s/ Amber Porter
                                                   Amber Porter, #6317747
                                                   Assistant Attorney General
                                                   Office of the Illinois Attorney General
                                                   500 South Second Street
                                                   Springfield, Illinois  62706
                                                   Phone: (217) 782-1841
                                                   Fax: (217) 782-8767
                                                   E-Mail:  aporter@atg.state.il.us